IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOE LURUE GARRETT, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-22-713-PRW |
| TURN-KEY HEALTH SERVICES, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This case comes before the Court on Magistrate Judge Gary M. Purcell's Report & Recommendation (Dkt. 19), recommending that this action be dismissed for Plaintiff's failure to state a claim upon which relief can be granted. Magistrate Judge Purcell advised Plaintiff that any objections to the Report & Recommendation were to be filed on or before May 30, 2023. As of the date of this Order, no objections have been filed.

The Court has reviewed Magistrate Judge Purcell's Report & Recommendation *de novo* and agrees with the conclusions therein. Accordingly, the Court hereby **ADOPTS** the Report & Recommendation (Dkt. 19) and **DISMISSES** this action.

**IT IS SO ORDERED** this 6th day of June 2023.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE